JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND TATE, <br>        Petitioner, <br>     v. <br> SCOTT FRAUENHEIM, Warden, <br>        Respondent. | Case No. CV 15-7154-CJC (JPR) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 15, 2017

CORMAC J. CARNEY
U.S. DISTRICT JUDGE